UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00171-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JAIME RODRIGUEZ-AMILCAR, | |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Place Attachment D to the Government's Memorandum in Support of Guilty Plea Without Plea Agreement (ECF No. 27) Under Seal (ECF No. 33), filed October 17, 2018. Upon review and consideration and with good cause appearing therefor, the Court will grant the Defendant's request. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Place Attachment D to the Government's Memorandum in Support of Guilty Plea Without Plea Agreement (ECF No. 27) Under Seal (ECF No. 33) is **granted**.

Dated this 18th day of October, 2018.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE